# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LINDA L. FOLEY

VERSUS

JUDY L. DAVIS, TRUSTEE OF
THE KAY F. ENRIGHT SEPARATE
PROPERTY TRUST

NO. 2019 CW 0667

**SEP 3 0 2019**

---

In Re:   Linda L. Foley, applying for supervisory writs, 21st
         Judicial District Court, Parish of Tangipahoa, No.
         2013-2470.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT NOT CONSIDERED.** An evidentiary hearing was held
herein, and in order to properly review this matter, this court
must be provided with the evidence introduced at the hearing,
including a transcript of the live testimony.

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Rules 4-9 and
2-18.7, Uniform Rules of Louisiana Courts of Appeal. In the
event relator seeks to file a new application with this court,
such application must contain all pertinent documentation and
must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts
of Appeal. Any new application must be filed on or before
October 28, 2019, and must contain a copy of this ruling.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT